Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur. [27 Misc 2d 731.]

EAST HILLS CLEANERS & DYERS, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 35894.)

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ. [27 Misc 2d 731.]

## (January 18, 1962)

In decisions Nos. 1–13: Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LA VERNE A. WEIRES, JR., Appellant.— Motion to dismiss appeal denied. Time to perfect appeal extended 90 days.

GENERAL ANILINE & FILM CORPORATION, Respondent, v. A. SCHRADER & SON, INC., Defendant, and R. C. NEAL COMPANY, INC., Appellant.— Motion for permission to appeal to the Court of Appeals granted.

(A) In the Matter of the Claim of EMANUEL SCHWARTZ, Respondent, v. HAMPTON HOUSE MANAGEMENT CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of MEYER BARDES, Respondent, v. EAST RIVER HOUSING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (C) UNION AND NEW HAVEN TRUST COMPANY, as Ancillary Executor of ETHEL C. NICOL, Deceased, et al., Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (D) WILLIAM W. WILSON, as Administrator of the Estate of EDNA M. WILSON, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (E) In the Matter of the Claim of STELLA DE TURA, Respondent, v. EASTERN MEAT MARKETS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (F) MICHAEL LE SAWYER et al., Appellants, v. JOSEPH SQUILLACE et al., Respondents.— [In each action] Motions for reargument or in the alternative for permission to appeal to the Court of Appeals denied.

(A) JAMES WEST, Respondent, v. IDA BRONNE, Appellant. (B) HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Appellants, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York (Floyd H. Newton), Respondents. (C) HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Appellants, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York (Reginald D. Miller), Respondents. (D) HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Appellants, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service